IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARAY A. WASHINGTON, T-13990, ) | |
|     Petitioner, ) | No. C 14-4015 CRB (PR) |
|   v. ) | ORDER OF DISMISSAL |
| DAVE DAVEY, Acting Warden, ) | |
|     Respondent. ) | |
| _____ ) | |

    On October 17, 2014, the court notified petitioner in writing at his new address – California State Prison, Corcoran, P.O. Box 8800, Corcoran, CA 93212 – that his habeas action was deficient because he did not pay the requisite $5.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis application, including a completed certificate of funds in the prisoner's account and a copy of the prisoner's trust account statement for the last six months. Petitioner was advised that failure to file the requested items within 28 days would result in dismissal of the action.

    More than 38 days have elapsed; however, petitioner still has not filed the requisite items or sought an extension of time to do so. The action is DISMISSED without prejudice to filing a new habeas action accompanied by the requisite $5.00 filing fee or a signed and completed in forma pauperis application.

    The clerk shall close the file and terminate all pending motions as moot.

SO ORDERED.

DATED: Dec. 4, 2014                  _____
                                           CHARLES R. BREYER
                                           United States District Judge

G:\PRO-SE\CRB\HC.14\Washington, J.14-4015.dsifp.wpd